UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE DAVIS,

    Plaintiff,                           Case No. 1:04-cv-58

v                                        Hon. Wendell A. Miles

PATRICIA CARUSO, et al.,

    Defendants.

_____/

## JUDGMENT

In accordance with the court's Order entered this same date,

IT IS ORDERED AND ADJUDGED that plaintiff Andre Davis shall take nothing on his claims against defendants Smith, Raddatz, Nicholson, and Rivard, and that this action is dismissed.

Entered this 18th day of April, 2005.

                                                           /s/ Wendell A. Miles
                                                           Wendell A. Miles
                                                           Senior U.S. District Judge